TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
545 MIDDLEFIELD ROAD, SUITE 220
MENLO PARK, CA 94025
PHONE: (650) 324-2223
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE BURELL SADLER,<br><br>    Plaintiff,<br>v.<br><br>HOMECOMINGS FINANCIAL, *et al.*,<br><br>    Defendants.<br>_____/ | CASE NO. 2:09-CV-02025-MCE-KJM<br><br>**STIPULATED REQUEST TO EXTEND DATE TO FILE JOINT STATUS REPORT AND  ORDER** |

    Plaintiff BRIDGETTE BURELL SADLER and Defendants HOMECOMINGS FINANCIAL and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by and through their respective counsel, stipulate and agree as follows:

    WHEREAS Plaintiff filed her Complaint on July 19, 2009;

    WHEREAS Defendants HOMECOMINGS FINANCIAL and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. were served with a copy of the Summons and Complaint in this action in or about August 2009;

    WHEREAS the remaining defendants in the case were served by certified mail on or about August 5, 2009 and August 14, 2009;

    WHEREAS the remaining defendants have neither contacted Plaintiff's counsel nor appeared in the case;

    WHEREAS Plaintiff's counsel has no contact information other than a mailing address for the remaining defendants;

1    WHEREAS a Joint Status Report is currently due October 14, 2009;

2    The parties hereto, by and through their counsel, stipulate and agree as follows:

3    1.    In order to permit the parties time to attempt to resolve the case as between the stipulating parties, the parties hereto respectfully request that the date by which the parties are to file a Joint Status Report be extended 60 days, to December 14, 2009;

6    2.    The parties hereto shall confer as required by Fed. R. Civ. P. 26(f) no later than December 1, 2009;

8    3.    Plaintiff shall mail a copy of this Stipulation and Order to the remaining defendants.

Dated: _____      TRIAL & TECHNOLOGY LAW GROUP
                              A Professional Corporation
                              Attorneys for Plaintiff
                              BRIDGETTE BURELL SADLER


                              By: _____/s/_____
                                    Robert A. Spanner

Dated: _____      PALMER, LOMBARDI & DONOHUE LLP
                              Attorneys for Defendants
                              HOMECOMINGS FINANCIAL, LLC and MORTGAGE
                              ELECTRONIC REGISTRATION SYSTEMS, INC.


                              By: _____/s/_____
                                    Frederick A. Haist

**ORDER**

In accordance with the above stipulation, the parties thereto have until December 14, 2009 to file a Joint Status Report in this matter. No further extensions shall be granted.

IT IS SO ORDERED.

Dated: October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE